AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kaarin Nelson Schaffer,

                *Plaintiff*,

v.                              Case No. 0:20–cv–01577–SRN–TNL

Derek Chauvin, et al.,

                *Defendant*.

**SUMMONS IN A CIVIL ACTION**

To:  Derek Chauvin

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Jeffrey S Storms
            100 South Fifth Street
            Suite 2100
            Minneapolis, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  July 15, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−01577−SRN−TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Derek Chauvin

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kaarin Nelson Schaffer,

*Plaintiff,*

v.  Case No. 0:20−cv−01577−SRN−TNL

Derek Chauvin, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Tou Thao

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffrey S Storms
        100 South Fifth Street
        Suite 2100
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*       By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  July 15, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−01577−SRN−TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Tou Thao

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kaarin Nelson Schaffer,

           *Plaintiff,*

v.                                                                          Case No. 0:20−cv−01577−SRN−TNL

Derek Chauvin, et al.,

           *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Thomas Lane

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffrey S Storms
        100 South Fifth Street
        Suite 2100
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*          By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:   July 15, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−01577−SRN−TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Thomas Lane

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kaarin Nelson Schaffer,

*Plaintiff,*

v.   Case No. 0:20–cv–01577–SRN–TNL

Derek Chauvin, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  J. Alexander Kueng

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Jeffrey S Storms
>100 South Fifth Street
>Suite 2100
>Minneapolis, MN
>55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*   By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  July 15, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:20−cv−01577−SRN−TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       J. Alexander Kueng

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Kaarin Nelson Schaffer,

                        *Plaintiff,*

v.                                                  Case No. 0:20–cv–01577–SRN–TNL

Derek Chauvin, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Minneapolis, City of, the

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Jeffrey S Storms
          100 South Fifth Street
          Suite 2100
          Minneapolis, MN
          55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Cara L Kreuziger

Date of Issuance:  <u>July 15, 2020</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:20−cv−01577−SRN−TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Minneapolis, City of, the

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: