UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kaarin Nelson Schaffer, as Trustee for the Next of Kin of GEORGE P. FLOYD, Jr., Deceased,

Plaintiff,

v.

Derek Chauvin, in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,

Defendants.

Civil No. 20-1577 (SRN/TNL)

**ORDER FOR 60-DAY STAY**

---

This matter is before the Court on the Stipulation for a sixty-day stay of this litigation [Doc. No. 24].

Based on all the filings, records, and proceedings herein, **IT IS HEREBY ORDERED** that this litigation be stayed until October 17, 2020.

Dated: August 18, 2020

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge