# AFFIDAVIT OF SERVICE

| Case:<br>0:20-cv-01577-SRN-TNL | Court:<br>In the United States District Court for the District of Minnesota | County:<br>, MN | Job:<br>4711790 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Kaarin Nelson Schaffer, as Trustee for the Next of Kin of GEORGE P. FLOYD, Jr., Deceased, | | **Defendant / Respondent:**<br>Derek Chauvin, in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis. | |
| **Received by:**<br>Platinum Courier Service | | **For:**<br>Newmark Storms Dworak LLC | |
| **To be served upon:**<br>Thomas Lane c/o Earl Gray, Esq. | | | |

I, Tucker Vaughan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Earl Gray, 332 Minnesota St N Suite W-1610, Saint Paul, MN 55101
**Manner of Service:**   Personal/Individual, Sep 21, 2020, 10:03 am CDT
**Documents:**   Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Sep 21, 2020, 10:03 am CDT at 332 Minnesota St N Suite W-1610, Saint Paul, MN 55101 received by Earl Gray. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Gray;

_____   09/21/2020
Tucker Vaughan                        Date

Platinum Courier Service
40 S. 7th Street 212-335
Minneapolis, MN 55402
6127153000

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

September 21, 2020
Date                Commission Expires


HAILLE R. ROOS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2023