# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kaarin Nelson Schaffer, as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased,

      Plaintiff,      Civil No. 20-1577 (SRN/TNL)

  v.

Derek Chauvin in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,

      Defendants.

**ORDER TO EXTEND STAY**

Jeffrey S. Storms, Newmark Storms Dworak LLC, 150 South Fifth Sreet, Suite 1850, Minneapolis, M N 55402, and Ben Crump, Ben Crump Law, 717 D Street N.W., Suite 310, Washington D.C., 20004, and Antonio M. Romanucci, Bhavani Raveendran, and Nicolette A. Ward, Romanucci & Blandin, LLC, 321 North Clark St., Suite 900, Chicago, Illinois 60654, and Devon M. Jacob, Jacob Litigation, Inc., P.O. Box 837, Mechanicsburg, PA 17055-0837 and Chris Stewart and Justin Miller, Stewart Trial Attorneys, 55 Ivan Allen Jr. Blvd Suite 700, Atlanta, GA 30308, and Michelle R. Gilboe and Scott Masterson, Lewis Brisbois Bisgaard & Smith, LLP, 90 7th Street, Suite 2800, Minneapolis, MN 55402, Laura Mullins and William G. Pintas, Pintas & Mullins Law Firm, 368 W. Huron, Suite 100, Chicago, IL 60654, for Plaintiff Kaarin Nelson Schaffer, as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased.

Brian S. Carter, Tracey Fussy, Ivan Ludmer, Minneapolis City Attorney's Office, City Hall, Room 210, 350 South Fifth Street, Minneapolis, MN 55415, for Defendant City of Minneapolis.

Gregory M. Erickson and Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A., 150 South Fifth Street, Suite #3100, Minneapolis, MN 55402, for Defendant Derick Chauvin.

Marshall H. Tanick and Stephen M. Harris, Meyer Njus Tanick, P.A., 330 Second Avenue South, Suite 350, Minneapolis, MN 55401, for Defendant Thomas Lane.

James P. Michels, Michels Law Firm PLLC, 18920 26th Avenue North, Minneapolis MN 55447, for Defendant Tou Thao.

Gregory J. Johnson, G Johnson Law PLLC, 668 145th Street West, St. Paul, MN 55124, for Defendant J. Alexander Kueng.

---

This matter is before the Court on the unopposed Stipulation to extend through December 18, 2020, the stay originally entered pursuant to the Order of the Court dated October 14, 2020 [Doc. No. 36].

Based on all the filings, records, and proceedings herein, **IT IS HEREBY ORDERED** that this litigation be stayed until December 18, 2020.


Dated:  November 9, 2020            s/Susan Richard Nelson
                                    SUSAN RICHARD NELSON
                                    United States District Judge