UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kaarin Nelson Schaffer, as Trustee for the Next of Kin of GEORGE P. FLOYD, JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Derek Chauvin, in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,<br><br>Defendants. | Case No: 20-CV-01577 (SRN/TNL)<br><br><br>**NOTICE OF MOTION FOR STAY** |

---

**TO: PLAINTIFF AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that Defendants will bring a Motion before the above Court, the Honorable Susan Richard Nelson, Judge of U.S. District Court, by remote video Zoom, on Friday, March 19, 2021, at 2:00 p.m. for an Order staying this proceeding, pending resolution of a parallel criminal case against the individual Defendants.

The Motion will be based upon all of the files, records, and proceedings herein, including the attached Affidavit.

1

Dated: March 4, 2021

MEYER NJUS TANICK, P.A.

By: *[signature]*
Marshall H. Tanick (#108303)
330 Second Avenue South
Suite 350
Minneapolis, MN 55401
Telephone: (612) 341-2181
Facsimile: (612) 337-5894
Email: mtanick@meyernjus.com

**ATTORNEYS FOR DEFENDANTS**

2