UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kaarin Nelson Schaffer,<br>as Trustee for the Next of Kin<br>of GEORGE P. FLOYD, JR.,<br>Deceased,<br><br>            Plaintiff,<br><br>    vs.<br><br>Derek Chauvin, in his individual capacity<br>as a Minneapolis police officer; Tou Thao,<br>in his individual capacity as a Minneapolis<br>police officer; Thomas Lane, in his<br>individual capacity as a Minneapolis police<br>officer; J. Alexander Kueng, in his<br>individual capacity as a Minneapolis police<br>officer; and the City of Minneapolis,<br><br>            Defendants. | Case No: 20-CV-01577 (SRN/TNL)<br><br><br><br><br><br>**ORDER** |

The above matter came before the above Court upon Motion by Defendants in this case. Oral argument was heard on March 19, 2021.

Based upon all of the files, records and proceedings herein, and being fully advised on the premises.

**IT IS HEREBY ORDERED:**

1

The current Stay in the proceedings subject to limited discovery, Document Number 51 is hereby extended Motion as follows:

1. Through completion of the pending criminal cases in Hennepin County District Court against all of the Defendants in this proceeding.

2. The parties shall report to the Court on or before August 1, 2021 regarding the status of the pending criminal proceeding, and the Court may then reconsider this ruling, in whole or in part, depending upon developments in the criminal proceedings.

**THE COURT:**

Dated _____, 2021    By: _____

**THE HONORABLE SUSAN RICHARD NELSON**
**JUDGE, U.S. DISTRICT COURT**