# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kaarin Nelson Schaffer, as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased, | Case No. 20-CV-1577 (SRN/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Derek Chauvin et al., | |
| Defendants. | |

Jeffrey S. Storms, Newmark Storms Dworak LLC, 100 South Fifth Street, Suite 2100, Minneapolis, MN 55402; Benjamin Crump, Ben Crump Law, PLLC, 122 S, Calhoun Street, Tallahassee, FL 32301; Antonio M. Romanucci, Bhavani K. Raveendran, and Nicolette Ward, Romanucci & Blandin, LLC, 321 North Clark St., Suite 900, Chicago, Illinois 60654; Devon M. Jacob, Jacob Litigation, Inc., P.O. Box 837, Mechanicsburg, PA 17055-0837; L. Christopher Stewart and Justin Miller, Stewart Trial Attorneys, 55 Ivan Allen Jr. Blvd NW, Suite 700, Atlanta, GA 30308; Michelle Rognlien Gilboe, Lewis Brisbois Bisgaard & Smith, LLP, 90 7th Street, Suite 2800, Minneapolis, MN 55402; Ronald Scott Masterson, Lewis Brisbois Bisgaard & Smith, LLP, 1180 Peachtree Street, Suite 2900, Atlanta, GA 30309; and Laura Mullins and William G. Pintas, Pintas & Mullins Law Firm, 368 W. Huron Street, Suite 100, Chicago, IL 60654, for Plaintiff Kaarin Nelson Schaffer, as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased.

Brian S. Carter and Ivan M. Ludmer, Minneapolis City Attorney's Office, City Hall, Room 210, 350 South Fifth Street, Minneapolis, MN 55415, for Defendant City of Minneapolis.

Gregory M. Erickson and Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A., 150 South Fifth Street, Suite 3100, Minneapolis, MN 55402, for Defendant Derek Chauvin.

Marshall H. Tanick and Stephen M. Harris, Meyer Njus Tanick, P.A., 330 Second Avenue South, Suite 350, Minneapolis, MN 55401, for Defendant Thomas Lane.

James P. Michels, Michels Law Firm PLLC, 18920 26th Avenue North, Minneapolis MN 55447, for Defendant Tou Thao.

Gregory J. Johnson, G Johnson Law PLLC, 668 145th Street West, St. Paul, MN 55124, for Defendant J. Alexander Kueng.

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August 6, 2021

                                                  s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge