UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kaarin Nelson Schaffer, as Trustee for the Next of Kin of GEORGE P. FLOYD, Jr., Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>Derek Chauvin, in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,<br><br>    Defendants. | Civil No. 20-1577 (SRN/TNL)<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS** |

The Plaintiff Kaarin Nelson Schaffer ("Plaintiff") as Trustee for the Next of Kin of George P. Floyd, Jr., and Defendants Derek Chauvin, Tou Thao, Thomas Lane, J. Alexander Kueng, and the City of Minneapolis, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against Defendants Derek Chauvin, Tou Thao, Thomas Lane, and J. Alexander Kueng with prejudice and without costs or fees to any party.

|                              | **NEWMARK STORMS DWORAK LLC**                     |
|------------------------------|---------------------------------------------------|
| Dated: October 19, 2021      | /s/ Jeffrey S. Storms                             |

Jeffrey Storms (#0387240)
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
Telephone: (612) 455-7050
Facsimile: (612) 455-7051
E-mail: jeff@newmarkstorms.com

- *and* –

**BEN CRUMP LAW**
Ben Crump (*pro hac vice*)
(Washington, D.C. Bar No. 1552623)
717 D Street N.W., Suite 310
Washington, D.C. 20004
E-mail: ben@bencrump.com

- *and* –

**ROMANUCCI & BLANDIN, LLC**
Antonio M. Romanucci (*pro hac vice*)
(Illinois ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*)
(Illinois ARDC No. 6309968)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
E-mail: aromanucci@rblaw.net
E-mail: b.raveendran@rblaw.net

- *and* -

**STEWART MILLER SIMMONS**
Chris Stewart (*pro hac vice*)
Justin Miller (*pro hac vice*)
55 Ivan Allen Jr. Blvd Suite 700
Atlanta, GA 30308
Tel: (844) 874-2500
E-mail: cstewart@stewarttrial.com
E-mail: jmiller@stewarttrial.com

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Michelle R. Gilboe (#260411)
Scott Masterson (*pro hac vice*)
90 7th Street, Suite 2800
Minneapolis, MN 55402
Tel: (612) 428-5000
Fax: (612) 428-5001
E-mail: michelle.gilboe@lewisbrisbois.com
E-Mail: scott.masterson@lewisbrisbois.com

*Attorneys for Kaarin Nelson Schaffer, as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased*

Dated: October 19, 2021   /s Gregory M. Erickson
MOHRMAN, KAARDAL & ERICKSON, P.A.
Gregory M. Erickson (No. 276522)
Erick G. Kaardal (No. 229647)
150 South Fifth Street, Suite #3100
Minneapolis, MN 55402
Tel: (612) 465-0937
Email: erickson@mklaw.com
*Attorneys for Defendant Derek Chauvin*

Dated: October 19, 2021   /s Marshall H. Tanick
MEYER NJUS TANICK, P.A.
Marshall H. Tanick (No. 108303)
Stephen M. Harris (No. 0264179)
330 2nd Avenue South, Suite 350
Minneapolis, MN 55401
Tel: 612-341-2181
Email: mtanick@meyernjus.com
eharris@meyernjus.com
*Attorneys for Defendant Thomas Lane*

| | |
|---|---|
| Dated: October 19, 2021 | /s James P. Michels<br>MICHELS LAW FIRM PLLC<br>James P. Michels (No. 168749)<br>18920 26th Avenue N<br>Minneapolis, MN 55447-1503<br>Tel: (763) 473-1896<br>Email: jim@jmichelslaw.com<br>Attorney for Defendant Tou Thao |
| Dated: October 19, 2021 | /s Gregory J. Johnson<br>G JOHNSON LAW PLLC<br>Gregory J. Johnson (No. 202678)<br>6688 145th Street West<br>St. Paul, MN 55124<br>Tel: (952) 236-9887<br>Email: greg@gjohnsonlegal.com<br><br>*Attorney for Defendant J. Alexander Kueng* |
| | JAMES ROWADER<br>City Attorney |
| Dated: October 19, 2021 | By: /s/ Brian S. Carter<br>Brian S. Carter (No. 390613)<br>Tracey Fussy (No. 311807)<br>Ivan Ludmer (No. 389498)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>City Hall, Room 210<br>350 South Fifth Street<br>Minneapolis, MN 55415<br>Tel. (612) 673-2063<br>Fax. (612) 673-3362<br>brian.carter@minneapolismn.gov<br>tracey.fussy@minneapolismn.gov<br>ivan.ludmer@minneapolismn.gov<br>*Attorneys for Defendant City of Minneapolis* |