UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kaarin Nelson Schaffer, as Trustee for the Next of Kin of GEORGE P. FLOYD, Jr., Deceased, | Civil No. 20-1577 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL OF INDIVIDUAL DEFENDANTS** |
| Derek Chauvin, in his individual capacity as a Minneapolis police officer; Tou Thao, in his individual capacity as a Minneapolis police officer; Thomas Lane, in his individual capacity as a Minneapolis police officer; J. Alexander Kueng, in his individual capacity as a Minneapolis police officer; and the City of Minneapolis, | |
| Defendants. | |

---

Based on the Stipulation of Plaintiff and Defendants Derek Chauvin, Tou Thao, Thomas Lane, J. Alexander Kueng, and the City of Minneapolis [Doc. No. 73],

IT IS HEREBY ORDERED THAT Plaintiff's Complaint is dismissed with prejudice against Defendants Derek Chauvin, Tou Thao, Thomas Lane, and J. Alexander Kueng and without costs or fees to any party.

Dated: October 21, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge