# UNITED STATES DISTRICT COURT
## District of Minnesota

Kaarin Nelson Schaffer,
as Trustee for the Next of Kin of George P. Floyd, Jr., Deceased,

          Plaintiff,

v.

City of Minneapolis,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-01577-SRN-TNL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    Plaintiff's Complaint against Defendant City of Minneapolis is dismissed with prejudice and without costs or fees to any party.

Date: 10/22/2021

KATE M. FOGARTY, CLERK